No. 216. OWENS *v.* HUDSON. October 21, 1929. Petition for writ of certiorari to the Court of Appeals, Eighth Judicial District, Cuyahoga County, State of Ohio, denied. *Mr. Alexander H. Martin* for petitioner. *Mr. James C. Waters, Jr.,* for respondent.

No. 217. DET FORENEDE DAMPSKIBS SELSKAB *v.* INSURANCE COMPANY OF NORTH AMERICA. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ira A. Campbell* for petitioner. *Messrs. D. Roger Englar* and *Oscar R. Houston* for respondent.

No. 218. ROSENBERG ET AL. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Nat Schmulowitz* for petitioners. *Solicitor General Hughes, Assistant Attorney General Galloway* and *Mr. Claude R. Branch* for the United States.

No. 219. LYNCH *v.* INTERNATIONAL BANKING CORP'N. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. A. A. DeLigne* and *A. E. Shaw* for petitioner. *Mr. Marcel E. Cerf* for respondent.

No. 220. GENERAL ELECTRIC CO. ET AL. *v.* ROBERTSON, COMMISSIONER OF PATENTS. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Harrison F. Lyman, Frederick P. Fish,* and *Charles E. Tullar* for petitioners.